

**Law Offices**
**DOROSHOW**
**PASQUALE**
**KRAWITZ**
**& BHAYA**
Est. 1978

ERIC M. DOROSHOW, DE, PA
ROBERT PASQUALE, DE, PA
ARTHUR M. KRAWITZ, DE, PA
SHAKUNTLA L. BHAYA, DE, PA
DEBRA C. ALDRICH, DE, PA
DONALD E. MARSTON, DE
JESSICA LEWIS WELCH, DE
ANGELA PINTO ROSS, DE
MATTHEW R. FOGG, DE, NJ
CYNTHIA H. PRUITT, DE
* * * * *
HENRY C. DAVIS, DE
TARA E. BUSTARD, DE, NJ, PA, GA
VINCE R. MELONE, DE, NJ, PA
ELISABETH R. YOUNG, DE
JENNIFER E. ALEXION, MD only
JACQUELINE M. LAMMEREE, DE
SHANA A. PINTER, DE
JAMES R. DONOVAN, DE
THOMAS B. LACKEY, DE
JANYD R. TORRES, DE, NJ, PA
LINDSEY E. ANDERSON, DE, NJ
JESSICA L. MULLENIX, DE
VANESSA L. GEORGE, NJ, PA

1202 Kirkwood Highway
**Wilmington, Delaware 19805**
(302) 998-0100
Facsimile: (302) 998-9883
***
1208 Kirkwood Highway
Suite #3
**Wilmington, Delaware 19805**
(302) 998-0100
Facsimile: (302) 998-9114
***
1701 Pulaski Highway
**Bear, Delaware 19701**
(302) 832-3200
Facsimile: (302) 834-8186
***
911 S. DuPont Highway
P.O. Box 1428
**Dover, Delaware 19903**
(302) 734-8700
Facsimile: (302) 734-8674
***
500 W. Loockerman Street
Suite #120
**Dover, Delaware 19904**
(302) 674-7100
Facsimile: (302) 674-5514
***
28535 Dupont Boulevard
Suite #2
**Millsboro, Delaware 19966**
(302) 934-9400
Facsimile: (302) 934-8400
***
1008 N. Walnut Street
**Milford, Delaware 19963**
(302) 424-7744
Facsimile: (302) 424-1176
***
1200 Norman Eskridge Hwy.
**Seaford, Delaware 19973**
(302) 628-1800
Facsimile: (302) 629-7863

www.dplaw.com

PLEASE RESPOND TO:

**1701 Pulaski Highway**
**Bear, DE  19701**

Writer's E-mail:
ShakuBhaya@dplaw.com

November 4, 2011

The Honorable Eduardo C. Robreno
United States District Court for the
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 11614
Philadelphia, PA 19106-1720
*Via Electronic Filing*

RE:  **Coning v. United States of America, et al**
     **Civil Action Number:  1:10-cv-00526-ER**

Dear Judge Robreno:

Please be advised that the above matter has settled.  Upon receipt of the settlement proceeds from the defendants, a Stipulation of Dismissal will be filed.

Thank you for your attention to this matter and kindly advise if you require additional information.

Respectfully submitted,

SHAKUNTLA L. BHAYA

cc:  Patricia Hannigan, Esquire (via electronic filing)
     Christopher Logullo, Esquire (via electronic filing)
     Nicholas Skiles, Esquire (via electronic filing)